IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 07 2014

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

DOWELL TAYLOR                                        PLAINTIFF

V.                              CASE NO.  3:14-cv-00124

ALAN DARETY,  BOTH PERSONALLY                        DEFENDANTS
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE
WEST MEMPHIS POLICE DEPARTMENT,

JARED CUPPLES,  BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY
AS A POLICE OFFICER FOR THE WEST
MEMPHIS POLICE DEPARTMENT,

and THE CITY OF WEST MEMPHIS, ARKANSAS

<u>WARNING ORDER</u>

To:    Jared Cupples:

    You are hereby notified that Dowell Taylor, Petitioner, whose attorney is Paul N. Ford, Ford, Troutt & Cook, Attorneys at Law, P.O. Box 1409, Jonesboro, Arkansas 72403-1409, has filed a petition herein against you, a copy of which petition and summons shall be delivered to you or your attorney upon request.

    You are also notified that you must appear and defend by filing your Answer or other responsive pleading within thirty (30) days of the date of the first publication of this Warning Order; and in the event of your failure to do so, judgment by default will be entered against you for the relief demanded in the Complaint as circumscribed by the laws of this State.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal as Clerk of the Court on this, the _____7_____ day of _____JULY_____, _2014_.

By:_____
DISTRICT COURT CLERK

Prepared By: Paul N. Ford
Ford, Troutt & Cook
P.O. Box 1409
Jonesboro, AR 72403-1409