**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DOWELL TAYLOR                                                                                          PLAINTIFF

v.                                        No. 3:14CV00124 JLH

ALAN DARETY, both personally and in his
official capacity as Officer, West Memphis
Police Department; JARED CUPPLES, both
personally and in his official capacity as
Officer, West Memphis Police Department;
and CITY OF WEST MEMPHIS, ARKANSAS                                            DEFENDANTS

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety without prejudice.

IT IS SO ORDERED this 20th day of November, 2014.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE